IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINAY YADAV, | § | |
| | § | |
| *Plaintiff,* | § | SA-20-CV-00005-FB |
| | § | |
| vs. | § | |
| | § | |
| FROST BANK, | § | |
| | § | |
| *Defendant.* | § | |

## **ORDER CONTINUING INITIAL PRETRIAL CONFERENCE**

Before the Court is the above-styled and numbered cause of action, in which there is a telephonic initial pretrial conference set for April 6, 2020 at 10:00 a.m. In light of the COVID-19 Pandemic, the Court is postponing non-emergency matters, even teleconferences, to minimize the need for Court personnel to come to the courthouse. For this reason, the parties should still file their proposed scheduling order and Rule 26 report on or before April 3, 2020, as previously ordered, but the initial pretrial conference will be continued to May 29, 2019.

**IT IS THEREFORE ORDERED** that the Initial Pretrial Conference set for 10:00 a.m. on April 6, 2020 is **CANCELED**.

**IT IS FURTHER ORDERED** that this case is set for an Initial Pretrial Conference at **10:30 a.m.** on **May 29, 2020** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206. Counsel may appear by phone for the conference. Counsel should contact Valeria Sandoval, Courtroom Deputy, at chestney_chambers@txwd.uscourts.gov, for call-in instructions **at least 24 hours in advance of the conference.** The use of speaker phones is prohibited during a telephonic appearance.

**IT IS FINALLY ORDERED** that the parties fulfill their obligation to file their Rule 26

report and scheduling recommendations on or before April 3, 2020, as previously ordered.

SIGNED this 31st day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE