# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINAY YADAV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:20-CV-00005-FB-ESC |
| | § | |
| FROST BANK, | § | |
| | § | |
| Defendant. | § | |

## **DECLARATION OF MARIO A. BARRERA**

I, Mario A. Barrera, do hereby swear and affirm as follows:

1. I am over eighteen years of age, of sound mind, have never been convicted of a felony, and am competent in all respects to make this declaration. I have personal knowledge of the facts stated herein, and those facts are true and correct.

2. I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). I have been licensed to practice law since 1984 and am admitted to practice law in Texas.

3. I have handled numerous civil cases over the course of my career and have tried a number of those cases. I am familiar with the usual and customary charges for attorneys for work performed on such cases. I am also familiar with the usual and customary charges of attorneys in Texas on civil litigation cases.

4. Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. Through this date, I have spent 0.7 hours reviewing the relevant documents and preparing Defendant's Motion for Sanctions ("Motion"). My hourly billing rate on this matter is $580. Stephen J. Romero, Counsel at NRF, has spent .75 hours reviewing cases and preparing the Motion. Mr. Romero's hourly rate is $465. Alicia M. Grant, Associate at NRF, has spent 2.4 hours reviewing cases and the hearing transcript and preparing the Motion. Ms. Grant's hourly rate is $320.

5. I estimate that in reviewing any response filed by Plaintiff and preparing a reply in support of the Motion I will incur another 0.5 hours and Mr. Romero and Ms. Grant will incur another 0.5 and 1.0 hours, respectively. I also estimate that in preparing for and attending the hearing on the Motion, if necessary, I will incur an additional 0.5 hours.

6. Accordingly, Frost will incur attorneys' fees in the approximate amount of $2,500 in connection with the Motion. Based on the factors set forth in Rule 1.04 of the Texas Disciplinary Rules of Professional Conduct, my personal familiarity with this case, the amount of work that has been done in connection with the Motion, and my familiarity

with the attorneys' fees typically charged in Texas, it is my opinion that attorneys' fees in the amount of $500.00, as requested by Frost in the Motion, are reasonable and necessary.

7. Should unforeseen complications arise in connection with the Motion, Frost reserves the right to put on additional evidence of attorneys' fees at the hearing on the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2020.

*/s/ Mario Barrera*
_____
Mario A. Barrera